**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:17-cv-00270 |
| v. | ) ) ) |
| ZELTIQ AESTHETICS, INC., MARK J. FOLEY. D. KEITH GROSSMAN. DAVID J. ENDICOTT. MARY M. FISHER. KEVIN C. O'BOYLE. ANDREW N. SCHIFF, ALLERGAN PLC, ALLERGAN HOLDCO US, INC., and BLIZZARD MERGER SUB, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and plaintiff has not sought certification of the putative class.

Dated: July 27, 2017                                  **RIGRODSKY & LONG, P.A.**

                                                      By:  */s/ Brian D. Long*
                                                           Brian D. Long (#4347)
                                                           2 Righter Parkway, Suite 120
**OF COUNSEL:**                                            Wilmington, DE 19803
                                                           Tel.: (302) 295-5310
**RM LAW, P.C.**                                           Facsimile: (302) 654-7530
Richard A. Maniskas                                        Email: bdl@rl-legal.com
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
Tel.: (484) 324-6800                                  *Attorneys for Plaintiff*